IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 10-cv-02366-LTB-MJW

RICHARD BAUMEISTER,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC., and
TERRACARE ASSOCIATES, LLC,

    Defendants.

___

MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Motion for Withdrawal (Doc 22 - filed January 6, 2011) is **GRANTED**. Arthur Smith is allowed to withdraw as counsel for Defendant Home Depot U.S.A., Inc. Defendant Home Depot U.S.A will continue to be represented by Richard K. Rediger of the law firm Overturf McGath Hull & Doherty, P.C.

Dated: January 7, 2011